1 **DAVIS WRIGHT TREMAINE LLP**
Jacob M. Harper (SBN 259463)
2    *jacobharper@dwt.com*
3 Heather F. Canner (SBN 292837)
   *heathercanner@dwt.com*
4 865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
5 Telephone: (213) 633-6800
6 Fax: (213) 633-6899

7 *Counsel for Defendant Walmart Inc.*

8
**THE WAND LAW FIRM, P.C.**
9 Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
10 Long Beach, CA 90802
Telephone: (310) 590-4503
11 Email: awand@wandlawfirm.com

12
**FARUQI & FARUQI, LLP**
13 Lisa T. Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
14 Los Angeles, CA 90067
Telephone: (424) 256-2884
15 Email: lomoto@faruqilaw.com

16 *Attorneys for Plaintiff and the Putative Classes*

17
**UNITED STATES DISTRICT COURT**
18
**EASTERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| 20 MATTHEW HAWKINS, on behalf of himself and all others similarly situated, | CASE NO.: 1:24-CV-00374-KES-SKO |
| 22         Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS [E.D. CAL. L.R. 144(a)] AND TO SET A BRIEFING SCHEDULE IF DEFENDANT FILES A MOTION TO DISMISS** |
| 23       v. | |
| 24 WALMART INC. a corporation; and DOES 1 through 10, inclusive, | |
| 25         Defendant. | |

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
AND TO SET A BRIEFING SCHEDULE IF DEFENDANT FILES A MOTION TO DISMISS
4871-8411-7939v.1 0123083-000001

1   Plaintiff Matthew Hawkins ("Plaintiff") and Defendant Walmart Inc. ("Defendant")
2  (collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate
3  and state as follows:

4  **RECITALS**

5   WHEREAS, on February 20, 2024, Plaintiff filed a class action complaint (the "Complaint")
6  against Defendant in the Superior Court of California, County of Tuolumne (ECF No. 1-1);

7   WHEREAS, on February 29, 2024, Plaintiff served the Complaint on Defendant;

8   WHEREAS, on March 29, 2024, Defendant filed a Notice of Removal (ECF No. 1);

9   WHEREAS, Defendant's deadline to respond to the Complaint is within seven days of the
10 filing of the Notice of Removal pursuant to Fed. R. Civ. P. 81(c)(1)(C), which is April 5, 2024;

11  WHEREAS, on March 28, 2024, the Parties conferred and agreed that Defendant should
12 have until April 29, 2024 to respond to the initial Compliant;

13  WHEREAS, such extension of time to respond to the Complaint does not exceed twenty-
14 eight (28) days, and there have been no prior extensions of time to respond to the Complaint; and

15  WHEREAS, on March 28, 2024, the Parties conferred and agree that good cause exists to
16 propose the following briefing schedule regarding Defendant's anticipated Motion to Dismiss the
17 Complaint, which allows the Parties sufficient time to prepare the briefs set forth below.  The Parties
18 have not previously sought any extensions as to the briefing on the anticipated Motion to Dismiss
19 the Complaint.

20  **IT IS HEREBY AGREED TO AND STIPULATED** by and between the Parties as
21 follows:

22   a.   Defendant shall move, answer, or otherwise respond to the Complaint on or before
23 April 29, 2024;

24   b.   In the event that Defendant's responsive pleading to the Complaint takes the form
25 of anything other than an answer, Plaintiff shall either amend the Complaint or file any opposition
26 to Defendant's responsive pleading on or before July 1, 2024;

27   c.   In the event that Plaintiff files an opposition to Defendant's responsive pleading,
28 Defendant shall file its reply on or before July 31, 2024; and

1        d.      To the extent the Court believes it would be helpful, oral argument shall take place on a date of the Court's choosing on or after August 14, 2024.

**IT IS SO STIPULATED.**

Date: April 1, 2024                                 Respectfully submitted,

**THE WAND LAW FIRM, P.C.**
By: *s/ Aubry Wand*
    Aubry Wand
    *awand@wandlawfirm.com*
    100 Oceangate, Suite 1200
    Long Beach, CA 90802
    Telephone: (310) 590-4503

**FARUQI & FARUQI, LLP**
    Lisa T. Omoto
    *lomoto@faruqilaw.com*
    1901 Avenue of the Stars, Suite 1060
    Los Angeles, CA 90067
    Telephone: (424) 256-2884

*Attorneys for Plaintiff and the Putative Classes*

Date: April 1, 2024                                 Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**
By: *s/ Jacob M. Harper*
    Jacob M. Harper
    Heather F. Canner
    865 South Figueroa Street, 24th Floor
    Los Angeles, California 90017-2566
    Telephone:  (213) 633-6800
    Fax:  (213) 633-6899
    *jacobharper@dwt.com*
    *heathercanner@dwt.com*

*Attorneys for Defendant Walmart Inc.*

**ORDER**

Based on the parties' foregoing stipulation (Doc. 4), and for good cause shown, it is HEREBY ORDERED THAT:

1. Defendant shall move, answer, or otherwise respond to the Complaint on or before April 29, 2024;

2. In the event that Defendant's responsive pleading to the Complaint takes the form of anything other than an answer, Plaintiff shall either amend the Complaint or file any opposition to Defendant's responsive pleading on or before July 1, 2024;

3. In the event that Plaintiff files an opposition to Defendant's responsive pleading, Defendant shall file its reply on or before July 31, 2024; and

4. Any motion should be noticed for hearing on or after August 26, 2024, and in accordance with the Court's "Standing Order in Civil Cases" (Doc. 3-1).

IT IS SO ORDERED.

Dated:   **April 3, 2024**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE