**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Email: lomoto@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HAWKINS, on behalf of himself and all others similarly situated, | CASE NO.: 1:24-cv-00374-KES-SKO |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| WALMART, INC., a corporation; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Plaintiff Matthew Hawkins, by and through his undersigned counsel, respectfully submits this Notice of Supplemental Authority. The authority attached hereto as **Exhibit 1**, *Whiteside v. Kimberly Clark Corp.*, No. 23-55581, 2024 WL 3435308, -- F. 4th -- (9th Cir. July 17, 2024) ("*Whiteside*"), was issued after Plaintiff filed his Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 14).

Fundamental to Defendant's Motion to Dismiss is the reasonable consumer pleading standard. *Whiteside* confirms that dismissal is only appropriate when "the advertisement itself [makes] it ***impossible*** for the plaintiff to prove that a reasonable consumer [is] likely to be deceived." *Whiteside*, 2024 WL 3435308, at \*4, 10 (citing *Williams v. Gerber Prods. Co.*, 552 F.3d 934, 938-39 (9th Cir. 2008)) (emphasis added); *see also* ECF No. 14 at 2; ECF No. 16 at 7 ("Mr. Hawkins misstates the pleading standard, mischaracterizing Ninth Circuit authority to claim dismissal is only appropriate where consumer deception is 'impossible.'").

DATED: August 6, 2024                    Respectfully submitted,

**FARUQI & FARUQI LLP**


By: /s/ *Lisa T. Omoto*
    Lisa T. Omoto


**THE WAND LAW FIRM, P.C.**
Aubry Wand


*Attorneys for Plaintiff and the Putative Class*

1

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY