# EXHIBIT A

**CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)**

I, Matthew Hawkins, declare as follows:

1.  I am a Plaintiff in this action and a citizen of the State of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2.  This Class Action Complaint is filed in the proper place of trial because the transaction giving rise to my claims, i.e., my purchase of the products at issue, occurred in this district.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed on 2/16/2024 | 2:34 PM PST at Sonora, California.

DocuSigned by:<br>
[signature]<br>
6FACBBA13973484...<br>
Matthew Hawkins