1  **DAVIS WRIGHT TREMAINE LLP**
   Jacob M. Harper (SBN 259463)
2    *jacobharper@dwt.com*
3  Heather F. Canner (SBN 292837)
     *heathercanner@dwt.com*
4  350 South Grand Avenue, 27th Floor
   Los Angeles, CA 90071
5  Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  *Counsel for Defendant Walmart Inc.*

8
   **THE WAND LAW FIRM, P.C.**
9  Aubry Wand (SBN 281207)
   100 Oceangate, Suite 1200
10 Long Beach, CA 90802
11 Telephone: (310) 590-4503
   Email: awand@wandlawfirm.com
12
   **FARUQI & FARUQI, LLP**
13 Lisa T. Omoto (SBN 303830)
   1901 Avenue of the Stars, Suite 1060
14 Los Angeles, CA 90067
   Telephone: (424) 256-2884
15 Email: lomoto@faruqilaw.com

16 *Attorneys for Plaintiff and the Putative Classes*

17
                    **UNITED STATES DISTRICT COURT**
18
                    **EASTERN DISTRICT OF CALIFORNIA**
19

20 | MATTHEW HAWKINS, on behalf of himself and all others similarly situated, | CASE NO.: 1:24-CV-00374-KES-SKO |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE IF DEFENDANT FILES A MOTION TO DISMISS** |
   | v. | |
   | WALMART INC. a corporation; and DOES 1 through 10, inclusive, | |
   | Defendant. | **(Doc. 24)** |

---

STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO FAC AND TO SET A BRIEFING SCHEDULE

1  Plaintiff Matthew Hawkins ("Plaintiff") and Defendant Walmart Inc. ("Defendant")
2  (collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate
3  and state as follows:

### RECITALS

5  WHEREAS, on February 20, 2024, Plaintiff filed a class action complaint (the "Complaint")
6  against Defendant in the Superior Court of California, County of Tuolumne (ECF No. 1-1);

7  WHEREAS, on February 29, 2024, Plaintiff served the Complaint on Defendant;

8  WHEREAS, on March 29, 2024, Defendant filed a Notice of Removal (ECF No. 1);

9  WHEREAS, Defendant's original deadline to respond to the Complaint was April 5, 2024;

10  WHEREAS, on April 1, 2024, the Parties filed a stipulation extending Defendant's time to
11  respond to the Initial Complaint to April 29, 2024, pursuant to Local Rule 144(a), and also stipulated
12  to a briefing schedule on the Motion to Dismiss (ECF No. 4), which the Court ordered on April 4,
13  2024 (ECF No. 5);

14  WHEREAS, on February 13, 2025, the Court issued an Order granting the Motion to Dismiss
15  with leave to amend (ECF No. 22); and

16  WHEREAS, on March 14, 2025, Plaintiff filed a First Amended Complaint (ECF No. 23),
17  and Defendant's response is currently due March 28, 2025;

18  WHEREAS, on March 23 and 24, 2025, the Parties conferred and agree that good cause
19  exists to extend Defendant's time to respond to the First Amended Complaint to April 18, 2025, and
20  to propose the following briefing schedule regarding Defendant's anticipated Motion to Dismiss the
21  Complaint, which allows the Parties sufficient time to prepare the briefs set forth below, and
22  accommodates the Parties' scheduling conflicts.  The Parties have not previously sought any
23  extensions as to the briefing on the anticipated Motion to Dismiss the First Amended Complaint.

24  **IT IS HEREBY AGREED TO AND STIPULATED** by and between the Parties as
25  follows:

26  a.  Defendant shall move, answer, or otherwise respond to the First Amended
27  Complaint on or before **April 18, 2025**;

28

b.   In the event that Defendant responds to the First Amended Complaint with a motion, Plaintiff shall file any opposition on or before **May 9, 2025**, and Defendant shall file a reply brief on or before **May 23, 2025**.

**IT IS SO STIPULATED.**

Date: March 25, 2025                             Respectfully submitted,

**THE WAND LAW FIRM, P.C.**
By: *s/ Aubry Wand*
    Aubry Wand
    *awand@wandlawfirm.com*
    100 Oceangate, Suite 1200
    Long Beach, CA 90802
    Telephone: (310) 590-4503

**FARUQI & FARUQI, LLP**
    Lisa T. Omoto
    *lomoto@faruqilaw.com*
    1901 Avenue of the Stars, Suite 1060
    Los Angeles, CA 90067
    Telephone: (424) 256-2884

*Attorneys for Plaintiff and the Putative Classes*

Date: March 25, 2025                             Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**
By: *s/ Jacob M. Harper*
    Jacob M. Harper
    Heather F. Canner
    350 South Grand Avenue, 27th Floor
    Los Angeles, CA 90071
    Telephone:  (213) 633-6800
    Fax:  (213) 633-6899
    *jacobharper@dwt.com*
    *heathercanner@dwt.com*

*Attorneys for Defendant Walmart Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO FAC AND TO SET A BRIEFING SCHEDULE

**ORDER**

Based on the parties' stipulation, (Doc. 24), and for good cause shown, IT IS HEREBY ORDERED, that Defendant WALMART, INC., shall file its pleadings responsive to Plaintiff MATTHEW HAWKINS' First Amended Complaint, (Doc. 23), on or before April 18, 2025.

IT IS FURTHER ORDERED that if Defendant responds to the Plaintiff's First Amended Complaint with a motion, Plaintiff shall file any opposition to that motion on or before May 9, 2025, and Defendants shall file any optional reply on or before May 23, 2025.

IT IS SO ORDERED.

Dated:   **March 26, 2025**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE