**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Email: lomoto@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HAWKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 1:24-cv-00374-KES-EGC<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Matthew Hawkins, by and through his undersigned counsel, respectfully files this Notice of Supplemental Authority. The precedential Ninth Circuit authority attached hereto as **Exhibit 1**, *Trammell v. KLN Enters., Inc.*, No. 24-6097, -- F.4th --, 2026 WL 1356403 (9th Cir. May 15, 2026), which was issued after Plaintiff's opposition was filed on May 9, 2025, is relevant to Plaintiff's arguments regarding the sufficiency of his testing allegations at the pleading stage. *Id*. at *3-4; ECF No. 27 at 8-12.

DATED: May 18, 2026                    Respectfully submitted,

                                       **FARUQI & FARUQI, LLP**

                                       By: /s/ *Lisa T. Omoto*
                                           Lisa T. Omoto

                                       **THE WAND LAW FIRM, P.C.**
                                       Aubry Wand

                                       *Attorneys for Plaintiff and the Putative Class*

1

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY